**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff-Respondent,<br><br>vs.<br><br>Guillermo Hernandez,<br><br>　　　　Defendant-Movant. | No. CV08-0140-PHX-SRB<br>　　　CR99-0904-PHX-SRB<br><br>**ORDER** |

　　　　Movant, Guillermo Hernandez, filed a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 on January 22, 2008. On March 21, 2008, the Court issued it's screening order advising Movant, *inter alia*, that:

> Movant must file and serve a notice of a change of address 10 days before the move is effective, if practicable. See, LRCiv 83.3(d). Movant shall not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal.

　On March 31, 2008, Movant's copy of the March 21, 2008 screening order was returned by the Post Office with the notation "Return to Sender Unclaimed Unable to Forward." On July 11, 2008, the Court ordered Movant to show cause why this matter should not be dismissed for failure to prosecute in light of his failure to file a notice of change of address. On July 21, 2008, this order was also returned by the Post Office.

　　　　The Magistrate Judge filed her Report and Recommendation on August 1, 2008 recommending that Movant's Motion Pursuant to 28 U.S.C. §2255 to Vacate, Set Aside or

1 Correct Sentence by a Person in Federal Custody be denied. On August 11, 2008. Movant's
2 copy of the Report and Recommendation was also return by the Post Office.
3 . In her Report and Recommendation the Magistrate Judge advised the parties that they
4 had 10 days from the date of service of a copy of the Report and Recommendation within
5 which to file specific written objections with the Court. The time to file such objections has
6 expired and no objections to the Report and Recommendation have been filed.

7 The Court finds itself in agreement with the Report and Recommendation of the
8 Magistrate Judge.

9 IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
10 as the order of this Court.

11 IT IS FURTHER ORDERED that Movant's Motion Pursuant to 28 U.S.C. §2255 to
12 Vacate, Set Aside or Correct Sentence by a Person in Federal Custody is denied.

DATED this 22nd day of August, 2008.

_____
Susan R. Bolton
United States District Judge